

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-131-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 10/19/2022 2:11:16 PM
Transaction ID: 70216

Request New Judge    Return