FILED
JAMES J. VILT, JR. - CLERK

OCT 19 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                       Criminal Action No.: 3:22-CR-131-DJH

CHARLES TUCKER                                                                              DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney, A. Spencer McKiness, hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

A. Spencer McKiness
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502)582-6006
FAX:   (502)582-5067
Email: spencer.mckiness@usdoj.gov