UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-00131-DJH
*Electronically Filed*

UNITED STATES OF AMERICA            PLAINTIFF

V.

CHARLES TUCKER            DEFENDANT

## NOTICE OF APPEARANCE

John Casey McCall hereby enters his appearance as retained counsel of record on behalf of Mr. Tucker in the above styled matter.

**RESPECTFULLY SUBMITTED,**

*/S/ JOHN CASEY MCCALL*
**JOHN CASEY MCCALL**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/S/ JOHN CASEY MCCALL*
John Casey McCall