UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-131-DJH

CHARLES TUCKER,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on December 6, 2022, with the following counsel participating:

    For the United States:     A. Spencer McKiness

    For Defendant:     John Casey McCall

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** that the trial of this matter, currently set for January 9, 2023, at 9:30 a.m. is **REMANDED** and **CONVERTED** to a change of plea hearing at **11:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. All pretrial dates and deadlines are **VACATED**.

December 6, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Becky Boyd

cc:     Jury Administrator

1