# United States District Court
## Western District of Kentucky
## at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:22CR-131-DJH** |
| **CHARLES TUCKER** | **DEFENDANT** |

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge on October 16, 2023, to conduct an initial appearance on a petition for violation of probation.   The defendant was present with Casey McCall, retained counsel. Assistant United States Attorney Marisa Ford, on behalf of A. Spencer McKiness, appeared on behalf of the United States.   The proceeding was digitally recorded.

The defendant, through counsel, acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the violations contained therein and was advised of his rights.

The United States did not seek detention.   For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant shall remain on current conditions of release pending further order of Court.

**IT IS FURTHER ORDERED** that a final revocation hearing is scheduled for **November 27, 2023, at 10:30 a.m**. before the Honorable David J. Hale, United States District Judge.

October 18, 2023

Colin H Lindsay, Magistrate Judge
United States District Court

:10