UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,  Plaintiff,

v.  Criminal Action No. 3:22-cr-131-DJH

CHARLES TUCKER,  Defendant.

\* \* \* \* \*

## **MEMORANDUM OF HEARING AND ORDER**

This matter came before the Court for a final revocation hearing on November 27, 2023, with the following counsel participating:

    For the United States:    Spencer McKiness

    For Defendant:    John Casey McCall

The defendant was present. The United States requested that the hearing be continued due to defendant's completion of an in-patient substance abuse program and his continued participation in out-patient treatment. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

    **ORDERED** as follows:

    (1)    The final revocation hearing is **CONTINUED** to be reset by subsequent Order. The defendant shall remain subject to the terms and conditions of his probation, and he **SHALL CONFER** fully and completely with the U.S. Probation Office regarding his treatment and compliance with the terms of his probation.

  (2) This matter is **SET** for a telephonic status conference on **January 12, 2024, at 11:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

November 27, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg